FILED
2018 Jun-06 PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **BLAKE HARLOW, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 7:17-cv-01895-LSC |
| **DITECH FINANCIAL LLC,** | ) |
| **Defendant.** | ) |

## MOTION TO WITHDRAW

Comes now R. Austin Huffaker, Jr., Esq. with the law firm of Rushton, Stakely, Johnston & Garrett, P.A. and hereby requests the Court to enter an order allowing him to withdraw as counsel for Defendant Ditech Financial LLC in this matter. The undersigned further states that the law firm of Bradley Arant has entered an appearance for Ditech Financial LLC in this case.

/s/ Austin Huffaker
R. AUSTIN HUFFAKER, JR.
Attorney for Defendant
Ditech Financial LLC

**OF COUNSEL:**

R. Austin Huffaker, Jr.
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270 (36101-0270)
Montgomery, Alabama

P (334) 206-3126
F (334) 481-0815
RAH2@rushtonstakely.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served on the following by directing same to the below-listed address through CM/ECF on this the 6th day of June, 2018:

    Charles Lorant, Esq.
    Jared C. Searls, Esq.
    Graham W. Gerhardt, Esq.

                                                                    */s/ Austin Huffaker* _____
                                                                    OF COUNSEL


                                                                    /s/ Austin Huffaker_____
                                                                    R. AUSTIN HUFFAKER, JR. (HUFF006)
                                                                    ATTORNEY FOR DEFENDANT
                                                                    DITECH FINANCIAL LLC

**OF COUNSEL:**

Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270 (36101-0270)
Montgomery, Alabama
P (334) 206-3126
F (334) 481-0815
RAH2@rushtonstakely.com